THE BANK OF MONTREAL, Appellant, *v.* THE FIDELITY
NATIONAL BANK, Respondent.

| 112 | 667 |
|-----|-----|
| Case 3 | |
| 173 | 319 |

(Argued January 15, 1889; decided January 29, 1889.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made June 19, 1888,
which reversed an order of Special Term denying a motion
to vacate an attachment, and vacated and set aside the
attachment.

*John B. Whiting* for appellant.

*Stephen A. Walker* for respondent.

Agree to affirm on authority of *Pacific National Bank.* v. *Mixter* (124 U. S. 721); no opinion.

All concur.

Order affirmed.